

United States District Court
Eastern District of California

National Liability & Fire Insurance Company

Plaintiff(s)

Case Number:  1:26-cv-03706

V.

The Sofienne Company, LLC, et. al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jesse Drawas

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

National Liability & Fire Insurance Company

On ___09/25/2009___ (date), I was admitted to practice and presently in good standing in the

___Florida State Court___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

No prior applications to this Court, however, one preceding application approved in the Central

District of CA, Case No. 2:25-cv-06450-MWF-SSC

Date:___05/14/2026___          Signature of Applicant: /s/ ___Jesse Drawas___

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jesse Drawas |
| Law Firm Name: | Kaufman Dolowich LLP |
| Address: | 100 SE Third Avenue, Suite 1500 |
| City: | Fort Lauderdale    State: Fort Laud    Zip: 33394 |
| Phone Number w/Area Code: | (954) 706-7422 |
| City and State of Residence: | Acton, MA |
| Primary E-mail Address: | jdrawas@kaufmandolowich.com |
| Secondary E-mail Address: | tbell@kaufmandolowich.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Allen Marcelli |
| Law Firm Name: | Kaufman Dolowich |
| Address: | 11111 Santa Monica Blvd. |
| | Suite 850 |
| City: | Los Angeles    State: CA    Zip: 90025 |
| Phone Number w/Area Code: | (310) 291-1653    Bar # 163929 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 15, 2026                    _____
                                        U.S. Magistrate Judge Christopher D. Baker